

1  Jakub J. Madej
2  415 Boston Post Rd, Ste 3-1102
   Milford, CT 06460
3  T: (203) 928-8486
4  F: (203) 902-0070
   E: j.madej@lawsheet.com
5

6              IN THE UNITED STATES DISTRICT COURT
7           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                                    **CV 21 2713**
9  JAKUB MADEJ,                    Civil Action No. 21-cv-___
10       Plaintiff,
11  v.                              JURY TRIAL DEMANDED
12  PAYPAL CREDIT d/b/a PAYPAL, INC.,   MARCH 28, 2021
13       Defendant.
14                                  47 U.S.C. § 227 (TCPA)
15
16      **COMPLAINT FOR VIOLATIONS OF TCPA, 47 U.S.C. § 227**
17      Plaintiff Jakub Madej ("Mr. Madej") alleges:
18                       **NATURE OF THIS ACTION**
19
20      1.      This is a case for damages and injunctive relief against PayPal Credit,
21  operating as PayPal Inc., which made at least 40 automatic "robocalls" to Plaintiff's
22  primary phone number on at least 11 different days between November 17 and 29, 2020
23  to collect an unspecified alleged debt. These calls harassed Plaintiff, invaded his privacy
24  and forced Plaintiff to change his phone number. Plaintiff has never consented to these
25  calls. PayPal never asked for his consent either and never intended to obtain permission
26  to call. Plaintiff now seeks an order finding PayPal liable under TCPA, enjoining PayPal
27  from further violations of TCPA, and awarding him compensatory and punitive
28  damages for past violations.

## PARTIES

2.     Plaintiff Jakub Madej is a natural person.

3.     PayPal Inc. is an online payments system company. PayPal Credit is a wholly owned subsidary of PayPal Inc.

## JURISDICTION AND VENUE

4.     This court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question) and 47 U.S.C. § 227(b)(3) (TCPA).

5.     This court has personal jurisdiction over PayPal Inc. because PayPal regularly transacts business in the Northern District and a material portion of the events at issue occurred there.

6.     Venue is proper in Northern District of California under 28 U.S.C. § 1391(b) because PayPal regularly transacts business in this District and has main headquarters in this District.

## STATUTORY FRAMEWORK AND SOURING REALITY

7.     Congress passed the Telephone Consumer Protection Act (TCPA) in 1991 to protect consumers from unwanted telephone calls, text messages, and faxes. 47 U.S.C. § 227, Pub.L. No. 102–243, 105 Stat. 2394 (Dec. 20, 1991).

8.     As relevant here, TCPA outlaws two practices: (i) using an automatic telephone dialing system or an artificial or prerecorded voice message without the prior express consent of the called party, 47 U.S.C. § 227(b)(1)(A), and (ii) using artificial or prerecorded voice messages to call residential telephone lines without prior express consent. § 227(b)(1)(B).

9.     As TCPA generated a flurry of class action suits, businesses have treated litigation as ordinary course of business. According to the YouMail National Robocall Index (YNRI), Americans received 4.6 *billion* robocalls in February 2021. That's 1,900

calls every *second*, and 14.1 calls per every individual in the country. *See* https://robocallindex.com/ (last visit Mar. 27, 2021).

10.    Americans' outrage at these flagrant violations of law is perhaps best reflected in the titles of various bills introduced in Congress, some of which appear below.

| Name of the Bill | Session of Congress | Became Law? |
|---|---|---|
| Spam Calls Task Force Act of 2019 | 116th Congress | No |
| Ending One-Ring Scams Act of 2019 | 116th Congress | No |
| Tracing Back and Catching Unlawful Robocallers Act of 2019 | 116th Congress | No |
| Locking Up Robocallers Act of 2019 | 116th Congress | No |
| Telephone Robocall Abuse Criminal Enforcement and Deterrence Act (Palone-Thune TRACED Act) | 116th Congress | Yes |

## FACTUAL BACKGROUND

### PayPal's Robocalls Violated TCPA

11.    Mr. Madej has used (203) 928-8486 as his primary phone number since August 2016 until March 2021. Mr. Madej is the only subscriber of this number.

12.    In November 2020, PayPal made at least 40 calls to (203) 928-8486. The total number of unlawful calls will be amended to include every call PayPal placed after this complaint has been filed but before trial.

13.    To make these calls, PayPal used a computerized system that had the capacity to, and in fact did, place autodialed calls. This system operated without human intervention and placed hundreds of calls every hour to hundreds of customers to maximize PayPal's operational efficiency.

14.     PayPal's calls contained prerecorded messages that did not specify the intended recipient but were intentionally anonymized. The voice encouraged the listener to contact PayPal by calling the number provided in the call but did not name Plaintiff or any other person as the intended recipient. At times, the call began with a vaguely worded words such as "this is an important message." PayPal never uses its name in these calls to disguise the true identity of the caller.

15.     PayPal's calls were intentionally designed not to contain any customized content intended for the particular individual. Rather, all recipients receive an identical standardized message. PayPal does so to minimize its operational costs while maximizing profits.

16.     Mr. Madej did not consent, whether directly or indirectly, to these calls. In particular, he did not consent to them in writing at any time.

17.     PayPal's phone calls did not have any meaningful informational purpose. In fact, PayPal's calls failed to state the purpose of the call. These calls were made solely for commercial purposes: to eventually collect an unspecified alleged debt and to market its financial products and "solutions".

18.     During these calls, PayPal never intended to connect Mr. Madej with a human agent. Rather, every call contained an identical pre-recorded message designed to compel the caller to dial PayPal during regular business hours. Each call automatically disconnected after the pre-recorded message was played.

19.     PayPal uses more than 20 different phone numbers in the ordinary course of business to make such "robocalls". Oftentimes, PayPal uses many different numbers to simultaneously make thousands of phone calls to thousands of consumers without any human intervention. PayPal operates so many different numbers also to avoid detection and disguise the scale of its operations.

20.     PayPal's conduct caused actual damage to Plaintiff by:

– 4 –

   a. invading his privacy with repeated automatic calls from several
      numbers at various times of the day;

   b. incurring charges;

   c. reducing Plaintiff's cellular telephone time;

   d. blocking Plaintiff's voicemail by having to manually retrieve and
      delete the messages left by PayPal.

### PayPal Deliberately and Knowingly Violated TCPA

21.   PayPal knew that its calls to Plaintiff violated TCPA but nonetheless chose to make them.

22.   PayPal's strategy of harassing individuals and customers with repeated robocalls is a deliberate and calculated business strategy. Plaintiff was not an exception. PayPal regularly places between several calls a day at previously specified intervals to various individuals, often from different phone numbers to conceal the caller's true identity and to prevent customers from blocking its calls.

23.   PayPal did not maintain a Do Not Call policy, as mandated by 47 C.F.R. § 64.1200 (d)(1).

24.   Because PayPal willfully and knowingly violated TCPA, Mr. Madej is entitled to compensatory damages and treble damages for each violation of TCPA. Accordingly, the Court should find PayPal liable and impose full sanctions under the law.

### CLAIM FOR RELIEF

### Counts 1-40
### Violations of 47 U.S.C. § 227(b)

25.   Between November 17 and November 29, 2020, PayPal operated an automatic telephone dialing system capable of storing random and sequential numbers

and made at least 40 separate calls to Plaintiff's primary phone number, using said system, which operated without human intervention, in violation of Title 47, United States Code, Section 227 (TCPA).

26.    Between November 17 and November 29, 2020, PayPal willfully and knowingly made 40 separate calls to Plaintiff even though it knew that doing so would violate TCPA because, among other reasons, Plaintiff did not consent to PayPal's robocalls, PayPal never obtained Plaintiff's written consent to these calls, PayPal never intended to obtain Plaintiff's consent to these calls, PayPal did not maintain TCPA policies, and PayPal did not train its employees to observe such policies, all in violation of Title 47, United States Code, Section 227 (TCPA).

## PRAYER FOR RELIEF

Mr. Madej demands that the Court enter judgment in his favor and against PayPal, and grant the following relief:

A.    Find PayPal liable for violating TCPA, 47 U.S.C. § 227(b), as set forth above;

B.    Award statutory damages of $500 for each violation, for a total of $20,000;

C.    Find that PayPal willfully or knowingly violated TCPA, for reasons specified above;

D.    Award punitive damages of $1,500 for each violation, for a total of $60,000;

E.    Award Mr. Madej actual damages, in an amount to be proven at trial, for harassment and actual harm that resulted from Dialers' violations;

F.    Enjoin PayPal from committing further violations of TCPA;

G.    Grant attorney's fees and reasonable costs and expenses incurred in this litigation;

H.    Grant any other relief the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury.

-- 6 --

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

DATED:   March 28, 2021.

By: /s/ Jakub Madej
    Jakub J. Madej
    415 Boston Post Rd, Ste 3-1102
    Milford, CT 06460
    T: (203) 928-8486
    F: (203) 902-0070
    E: j.madej@lawsheet.com

SCANNED

RECEIVED
APR 15 2021
CLERK, SUSAN Y. SOONG
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA

Name: Jakub Madej

Address: 415 Boston Post Rd, Ste 3-1102
Milford, CT 06460

Phone Number: (203) 928-8486

E-mail Address: j.madej@lawsheet.com

*Pro Se*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jakub Madej | ) Case Number: 21-cv-___ **CV 21 2713** |
| | ) |
| Plaintiff, | ) MOTION FOR PERMISSION FOR |
| | ) ELECTRONIC CASE FILING |
| vs. | ) |
| | ) Judge _____ |
| PAYPAL CREDIT d/b/a PAYPAL, INC. | ) |
| | ) |
| Defendant. | ) |

**SVK**

As the (*Plaintiff/Defendant*) Plaintiff _____ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   ☑ A computer with internet access;
   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   ☑ A scanner to convert documents that are only in paper format into electronic files;
   ☑ A printer or copier to create required paper copies such as chambers copies;
   ☑ A word-processing program to create documents; and
   ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: March 28, 2021         Signature: /s/ Jakub Madej