Jakub J. Madej
415 Boston Post Rd, Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com




IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKUB MADEJ, <br> Plaintiff, <br> v. <br> PAYPAL CREDIT d/b/a PAYPAL, INC., <br> Defendant. | Civil Action No. 21-cv-_____ <br><br> JURY TRIAL DEMANDED <br><br> MARCH 28, 2021 <br><br> 47 U.S.C. § 227 (TCPA) |

NOTICE OF APPEARANCE

Please enter my appearance for Plaintiff Jakub Madej.

Respectfully submitted,

DATED:  March 28, 2021.

By: /s/ Jakub Madej
Jakub J. Madej
415 Boston Post Rd, Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com

- 1 -