

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

|   |   |
|---|---|
| Jakub Madej <br><br> _Plaintiff(s)_ <br> v. <br><br> PAYPAL CREDIT d/b/a PAYPAL, INC. <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:21-cv-_____ <br><br> CV 21 2713 SVK |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ PayPal, Inc.
c/o Corporate Legal Department
2211 North First Street
San Jose, CA 95131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jakub Madej
415 Boston Post Rd, Ste 3-1102
Milford, CT 06460
T: (203) 928-8486, F: (203) 902-0070
E: j.madej@lawsheet.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                    _____
                                                 _Signature of Clerk or Deputy Clerk_