United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKUB J. MADEJ,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>PAYPAL CREDIT,<br><br>　　　　　　Defendant. | Case No. 21-cv-02713-SVK<br><br>**ORDER RE MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>Re: Dkt. No. 2 |

Plaintiff has filed a motion for permission for electronic case filing. Dkt. 2. Effective May 1, 2020, and until further notice, pro se litigants with existing cases before this court may register to become ECF users and may file documents electronically without first obtaining a judge's permission (https://cand.uscourts.gov/cases-e-filing/cm-ecf/setting-up-my-account/register-for-e-filing-pro-se-litigants/). Accordingly, the Court **DISMISSES AS MOOT** Plaintiff's motion. Plaintiff may register with ECF to get a login and password.

　　**SO ORDERED.**

Dated: April 19, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge