# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JAKUB MADEJ,<br>　　　　　Plaintiff,<br>　　v.<br>PAYPAL CREDIT,<br>　　　　　Defendant. | Case No. 21-cv-02713-SVK<br><br>**STIPULATION RE: ANSWER TO COMPLAINT [Dkt. No. 1]** |

Plaintiff Jakub Madej commenced this case against PayPal Credit on April 15, 2021. Service on Defendant was completed on April 22, 2021 via certified mail, return receipt requested. Ordinarily, the answer is due in 21 days from the date of service. *Fed. R. Civ. P. 12(a)(1)(A)(i)*. Parties now **STIPULATE** that Defendant has additional 28 days to answer the complaint. The answer is thus due on June 10, 2021.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: May 7, 2021　　　　　　　/s/ Jakub Madej
　　　　　　　　　　　　　　　　Plaintiff Jakub Madej

DATED: May 7, 2021　　　　　　　/s/ Steven Warner
　　　　　　　　　　　　　　　　Counsel for PayPal Credit

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____　　_____
　　　　　　　　　　　　　　　　United States District/Magistrate Judge



May 7, 2021

Dear Jakub Madej:

The following is in response to your request for proof of delivery on your item with the tracking number: **9314 8699 6673 0189 0002 03**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 22, 2021, 8:13 am |
| **Location:** | SAN JOSE, CA 95134 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Pay Pal  Inc |

| Shipment Details | |
|---|---|
| **Weight:** | 3lb, 5.4oz |

**Recipient Signature**

Signature of Recipient: *[handwritten: A Santiago / Armando Santiago]*

Address of Recipient: *[handwritten, illegible]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004