UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAKUB MADEJ,<br><br>    Plaintiff,<br><br>  v.<br><br>PAYPAL CREDIT,<br><br>    Defendant. | Case No. 21-cv-02713-SVK<br><br>**STIPULATION RE: ANSWER TO COMPLAINT [Dkt. No. 1]** |

  Plaintiff Jakub Madej commenced this case against PayPal Credit on April 15, 2021. Service on Defendant was completed on April 22, 2021 via certified mail, return receipt requested. Ordinarily, the answer is due in 21 days from the date of service. *Fed. R. Civ. P. 12(a)(1)(A)(i)*. Parties now **STIPULATE** that Defendant has additional 28 days to answer the complaint. The answer is thus due on June 10, 2021.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: May 7, 2021      /s/ Jakub Madej
                Plaintiff Jakub Madej

DATED: May 7, 2021      /s/ Steven Warner
                Counsel for PayPal Credit

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 7, 2021      *[signature: Susan van Keulen]*
                United States ~~District~~/Magistrate Judge