

FIRST-CLASS MAIL

neopost
05/19/2021
US POSTAGE
$000.51

ZIP 94102
041M12251287

0006/02/21

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RETURN TO SENDER

061  FE 1          *0340-02732-19-39

NIXIE

BC:  94102348999

(F)?

RECEIVED

JUN 07 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

FILED

JUN 07 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

5:21-CV-002713-SVK

# UNITED STATES DISTRICT COURT
## Northern District of California

SUSAN Y. SOONG
Clerk of Court

450 Golden Gate Avenue
San Francisco, CA  94102
(415) 522-4621
Fax (415) 522-2150

## RETURNED CHECK - NOTICE OF PAYMENT DUE

Notice Date:  May 19, 2021

Jakub Jonasz Madej
206 Elm St
PO Box 4000
New Haven, CT 06520

Dear   Jakub Jonasz Madej,

The check described below has been returned unpaid by your bank.  Pursuant to the fee schedule adopted by the Judicial
Conference of the United States, an additional NSF fee of $53.00 has been assessed.

You are also advised that all further payments to the court must be in the form of cash, money order or cashier's check,
unless you can provide written proof from your bank that the error was the fault of the bank.

**This total amount is due for the following unpaid check.**

| | | | |
|---|---|---|---|
| **Case Number:** | 5:21-CV-002713-001 | **Case Title:** | Madej v. Paypal Credit |
| **Receipt Number:** | 54611018620 | **Receipt Date:** | May 17, 2021 |
| **Check Number:** | 1279 | **Check Date:** | May 15, 2021 |
| **Purpose of Check:** | Filing Fee | | |
| | | | |
| Check Amount: | 402.00 | | |
| NSF Fee: | 53.00 | | |
| | | | |
| **Amount Due:** | **455.00** | | |
| **Due Date:** | **May 28, 2021** | | |

Please mail a money order or cashier's check payable to ***Clerk, U.S. District Court*** for the amount due to:

United States District Court
450 Golden Gate Avenue, 16th floor
San Francisco, CA  94102

Please return this letter to ensure proper credit.
If you have any questions about the amount due, please call me at (415) 522-2021 or (415) 522-4621.

Sincerely,

Rachelle Heaney
Financial Specialist II