```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611154793
Cashier ID: buensum
Transaction Date: 06/10/2021
Payer Name: JAKUB MADEJ
------------------------------------
PLRA CIVIL FILING FEE
 For: JAKUB MADEJ
 Case/Party: D-CAN-5-21-CV-002713-001
 Amount:         $402.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 27293984640
 Amt Tendered:  $402.00
------------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:       $0.00
```

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.

Jakub Madej
415 Boston Post Rd, Ste 3-1102
Milford, CT 06460

Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
*Attn: Clerk's Office*

(21-2713)

**From:** Jakub Madej, plaintiff

**To:** Clerk of Court, Northern District of California

**Re:** Case No. 5:21-cv-02713

**Date:** May 24, 2021

Dear Clerk:

Please find a money order in the amount of $402 to cover the filing fee in the case numbered above.

**Respectfully,**

/s/ Jakub Madej