Jakub J. Madej (appearing in person)
THE TEMPORARY OFFICES OF JAKUB MADEJ
415 Boston Post Rd, Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISON

| | |
|---|---|
| JAKUB MADEJ, <br><br>                    Plaintiff, <br><br>      v. <br><br> PAYPAL CREDIT d/b/a PAYPAL, INC., <br><br>                    Defendant. | Case No. 21-cv-02713-YGR <br><br> **PLAINTIFF'S NOTICE OF MOTION TO STRIKE DEFENDANT PAYPAL CREDIT'S INSUFFICIENT DEFENSES** <br><br> Date:   July 27, 2021 at 2:00 pm <br> Court:  Zoom Webinar ID 161 876 4848 <br> Judge:  Hon. Yvonne Gonzalez Rogers |

# NOTICE OF MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 27, 2021, at 2:00 pm, or as soon thereafter as the matter may be heard, before the Honorable Yvonne Gonzalez Rogers, United States District Judge, United States District Court for the Northern District of California, by Zoom videoconference – or, if the Court so directs, in Courtroom 1 (4th floor) of the Ronald V. Dellums Federal Building and United States Courthouse located at 1301 Clay Street, Oakland, CA 94612 – Plaintiff Jakub Madej will and hereby does move the Court to strike eighteen affirmative defenses from defendant PayPal Credit's answer to plaintiff's complaint, which answer is docketed at entry no. 14.

This motion is made pursuant to Federal Rule of Civil Procedure 12(f), on the grounds that the claimed defenses are insufficient (i) as a matter of law, that is, they are legally unavailable under the facts of this case; and (ii) as a matter of pleading, that is, they are inadequately or deficiently raised in defendant's papers.

This motion is based upon the Notice of Motion, the motion itself and the supporting memorandum [Doc. No. 15], all other pleadings and papers on file, and such other arguments and other materials as may be presented to the Court before the motion is taken under submission or decided.

This motion is being renoticed the case was assigned to a district judge. Existing briefing schedules for motions remains unchanged. [Doc. No. 22]

Respectfully submitted,

Dated: June 21, 2021     By: /s/ Jakub Madej

PLAINTIFF'S MOTION TO STRIKE DEFENDANT PAYPAL CREDIT'S INSUFFICIENT DEFENSES
CASE NO. 21-CV-02713-YGR

Jakub J. Madej (in person)
THE TEMPORARY OFFICES OF JAKUB MADEJ
415 Boston Post Rd, Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com

— 3 —

## CERTIFICATE OF SERVICE

All counsel will receive a notice of electronic filing (NEF) from the Court's CM/ECF e-filing system about this Notice of Motion.

/s/ Jakub Madej

PLAINTIFF'S MOTION TO STRIKE DEFENDANT PAYPAL CREDIT'S INSUFFICIENT DEFENSES
CASE NO. 21-CV-02713-YGR