Steven P. Warner (SBN 159404)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  (213) 457 8000
Facsimile:  (213) 457 8080
Email:  swarner@reedsmith.com

Attorneys for Defendant
SYNCHRONY BANK

Jakub J. Madej
THE TEMPORARY OFFICES OF JAKUB MADEJ
415 Boston Post Rd., Suite 3-1102
Milford, CT  06460
Telephone:  (203) 928-8486
Facsimile:   (203) 902-0070
Email: j.madej@lawsheet.com

*Pro Se* Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JAKUB MADEJ,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PAYPAL CREDIT d/b/a PAYPAL, INC.,<br><br>　　　　　　Defendants. | No.: 4:21-cv-02713-YGR<br><br>[Hon. USDC Judge Yvonne Gonzalez Rogers]<br><br>**STIPULATED MOTION FOR SUBSTITUTION OF PARTY UNDER FED. R. CIV. P. 25(C)**<br><br>Compl. Filed:   April 15, 2021 |

　　　In accordance with Federal Rule of Civil Procedure 25(c), Plaintiff Jakub Madej and Defendant PayPal Credit d/b/a PayPal, Inc. (the "Parties"), through undersigned *pro se* Plaintiff and Defendant's counsel, respectfully move this Court for an order substituting the named Defendant in this matter.  In Support of this motion, the parties stipulate and state as follows:

1. At the time this suit was filed, PayPal Credit Card accounts were owned, operated, and serviced, by Synchrony Bank.

2. Accordingly, the interest, if any, of Defendant PayPal Credit d/b/a PayPal, Inc. was transferred to Synchrony Bank.

3. Synchrony Bank is the appropriate Defendant in this matter, as related to Plaintiff's claims and allegations detailed in his Complaint filed on April 15, 2021.  (ECF 1)

4. Rule 25(c) of the Federal Rules of Civil Procedure provides that "[i]f an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party."

5. The Parties have met and conferred, and agree the appropriate Defendant for this matter is Synchrony Bank.

WHEREFORE, pursuant to the foregoing stipulation, the parties respectfully request that the Court grant an order substituting Synchrony Bank as defendant in this case in place of the original named Defendant, and that the caption should change accordingly as detailed in the Proposed Order.

DATED:  June 22, 2021         REED SMITH LLP

By: /s/ *Steven P. Warner*[1]
Steven P. Warner
Attorneys for Defendant
SYNCHRONY BANK

By: /s/ *Jakub Madej*
Jakub J. Madej
*Pro Se* Plaintiff

---

[1] Pursuant to Northern District Local Rule 5-1(i)(3)], filing counsel attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATED MOTION FOR SUBSTITUTION OF PARTY
UNDER FED. R. CIV. P. 25(C)