UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAKUB MADEJ,<br><br>   Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK,<br><br>   Defendants. | Case No.: 4:21-cv-02713-YGR<br><br>[Hon. USDC Judge Yvonne Gonzalez Rogers]<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR SUBSTITUTION OF PARTY UNDER FED. R. CIV. P. 25(C)**<br><br>Compl. Filed:   April 15, 2021 |

– 1 –

The Stipulated Motion for Substitution is **GRANTED** and it is hereby **ORDERED** that:

1. The case caption is amended by substituting Synchrony Bank in place of Paypal Credit d/b/a Paypal, Inc. ("PayPal"), as captioned above;
2. All references in the Complaint to PayPal are deemed to refer instead to Synchrony Bank;
3. PayPal is dropped as a defendant; and
4. If the Plaintiff files an Amended Complaint, then that Amended Complaint must incorporate these change, and all future filings must incorporate these changes.

DATED: _____

Yvonne Gonzalez Rogers
USDC Judge