Steven P. Warner (SBN 159404)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
Email: swarner@reedsmith.com

Attorneys for Defendant
Synchrony Bank

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKUB MADEJ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PAYPAL CREDIT d/b/a PAYPAL, INC.,<br><br>　　　　Defendants. | CASE No.: 4:21-cv-02713-YGR<br><br>**SYNCHRONY BANK'S CORPORATE DISCLOSURE STATEMENT**<br><br>Compl. Filed:　　April 15, 2021 |

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Synchrony Bank, improperly named as PayPal Credit d/b/a PayPal, Inc.,[1] states as follows:

Synchrony Bank is a wholly owned subsidiary of Synchrony Financial. Synchrony Financial is a publicly traded company of which no publically traded entity or shareholder owns ten (10) percent or more of its publicly traded shares.

---

[1] The Parties have filed a Stipulated Motion to Substitute Synchrony Bank for Defendant PayPal Credit d/b/a PayPal, Inc.

1  DATED:  June 28, 2021              REED SMITH LLP

3                                     By:___/s/ Steven Warner_____
4                                     Steven Warner
                                      Attorneys for Defendant
5                                     Synchrony Bank

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# **CERTIFICATE OF SERVICE**

I certify that on this 28th day of June, 2021, the foregoing I caused the foregoing to be served in accordance with the Court's CM/ECF system which will send notification of such filing by notice via email to the ECF participants of record a true copy of this document.

By: */s/ Steven Warner*
Steven Warner
Attorneys for Defendant
Synchrony Bank