Steven P. Warner (SBN 159404)
Email: swarner@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
SYNCHRONY BANK (improperly named
As PayPal Credit d/b/a PayPal, Inc.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKUB MADEJ,<br><br>            Plaintiff,<br><br>    vs.<br><br>PAYPAL CREDIT d/b/a PAYPAL, INC.,<br><br>            Defendants. | No.: 4:21-cv-02713-SVK<br><br>**DEFENDANT SYNCHRONY BANK'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>Compl. Filed:    April 15, 2021 |

Pursuant to the Local Rules 3-13 for the United States District Court, Northern District of California, Defendant Synchrony Bank, improperly named as PayPal Credit d/b/a PayPal Inc., ("Synchrony")[1] informs the Court of an action currently pending that is closely related to this matter in transaction, happening, and event:

**JAKUB MADEJ v. SYNCHRONY FINANCIAL**
**United States District Court for the Eastern District of New York**
**Case No.: 1:21-cv-01894-WFK-SJB**

The related matter was filed on April 6, 2021. While Defendant was improperly named as Synchrony Financial in the related matter, both matters involve the same parties. Both matters involve claims asserted under the Telephone Consumer Protection Act ("TCPA"), which allege Synchrony violated the TCPA. More importantly, both matters involve the same credit card accounts and account holder agreements. Therefore, both matters are related pursuant to Local Rule 3-13.

As both matters involve the same parties, the same claims, and same transaction, transfer pursuant to 28 U.S.C. § 1407 should be effected. When Defendant learned that Plaintiff's allegations in both matters concerned related allegations, accounts, and agreements, Defendant set about arranging to amend the caption in this matter and informing the Court as promptly as possible.[2]

DATED:   June 28, 2021                                    REED SMITH LLP

                                                          By: /s/ *Steven P. Warner*
                                                          Steven P. Warner
                                                          Attorneys for Defendant
                                                          SYNCHRONY BANK (improperly named
                                                          As PayPal Credit d/b/a PayPal, Inc.)

---

[1] The Parties have filed a Stipulated Motion to Substitute Synchrony Bank for Defendant PayPal Credit d/b/a PayPal, Inc.

[2] In the related matter Plaintiff has filed a Motion for Default Judgment. Synchrony will oppose this Motion and the court in the related matter has set a deadline of July 11, 2021 for Synchrony to respond to Plaintiff's Motion for Default Judgment.