| | |
|---|---|
| 1 | Jakub J. Madej (appearing in person) |
| 2 | THE TEMPORARY OFFICES OF JAKUB MADEJ |
|   | 415 Boston Post Rd, Ste 3-1102 |
| 3 | Milford, CT 06460 |
|   | T: (203) 928-8486 |
| 4 | F: (203) 902-0070 |
| 5 | E: j.madej@lawsheet.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISON

| | |
|---|---|
| JAKUB MADEJ, | Case No. 21-cv-02713-YGR |
| Plaintiff, | |
| v. | **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| PAYPAL CREDIT d/b/a PAYPAL, INC., | |
| Defendant. | Filed: June 28, 2021 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully represented,

Dated:   June 28, 2021        By: /s/ Jakub Madej
                                   Jakub J. Madej (in person)

— 1 —

CASE NO. 21-CV-02713-YGR