Jakub J. Madej (appearing in person)
THE TEMPORARY OFFICES OF JAKUB MADEJ
415 Boston Post Rd, Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISON**

| | |
|---|---|
| JAKUB MADEJ,<br><br>        Plaintiff,<br><br>    v.<br><br>PAYPAL CREDIT d/b/a PAYPAL, INC.,<br><br>        Defendant. | Case No. 21-cv-02713-YGR<br><br>**PLAINTIFF'S STATEMENT OPPOSING DEFENDANT'S NOTICE OF PENDENCY OF ANOTHER ACTION UNDER LOCAL RULE 3-13** |

By this statement, plaintiff opposes defendant's notice filed at [27].

The two actions (defendant correctly notes the caption and case number of the other case) are not related under Civil Local Rule 3-13 because they do not involve the same conduct or the same calls, "the same credit card accounts" or "account holder agreements". In fact, neither complaint alleges anything about "credit card accounts" or "account holder agreements" at all. Neither action presumes that parties have ever contracted with each other. And each case assert claims under a federal statute, the Telephonic Consumer Protection Act, not a contract.

— 1 —

Further, there is no need or reason to coordinate this case with the action pending in the Eastern District of New York. There, Synchrony Financial has been defaulted because it failed to appear when summoned. Synchrony did not appear within 21 days after being served, did not ask for more time to plead, did not communicate – formally or informally – an intent to defend the action, and only suddenly remerged when plaintiff sought mandatory default judgment for failing to appear under Rule 55(b)(1). There isn't anything left in the New York case but for the clerk to enter judgment. In this case, however, the defendant did appear, is entitled to defend itself, and the case is moving forward.

Transfer to the judicial panel on multidistrict litigation under 28 U.S.C. § 1407 (the MDL statute) is also ill-advised. There are precisely *two* cases between Madej and "Synchrony Financial".

Respectfully submitted,

Dated:   July 1, 2021        By: /s/ Jakub Madej
                                 Jakub J. Madej (appearing in person)
                                 THE TEMPORARY OFFICES OF JAKUB MADEJ
                                 415 Boston Post Rd, Ste 3-1102
                                 Milford, CT 06460
                                 T: (203) 928-8486
                                 F: (203) 902-0070
                                 E: j.madej@lawsheet.com

— 2 —