REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAKUB MADEJ,<br><br>Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK,<br><br>Defendants. | Case No.: 4:21-cv-02713-YGR<br><br>[Hon. USDC Judge Yvonne Gonzalez Rogers]<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR SUBSTITUTION OF PARTY UNDER FED. R. CIV. P. 25(C)<br><br>Compl. Filed:   April 15, 2021 |

– 1 –

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR SUBSTITUTION
OF PARTY UNDER FED. R. CIV. P. 25(C)

– 2 –

The Stipulated Motion for Substitution is **GRANTED** and it is hereby **ORDERED** that:

1.    The case caption is amended by substituting Synchrony Bank in place of Paypal Credit d/b/a Paypal, Inc. ("PayPal"), as captioned above;

2.    All references in the Complaint to PayPal are deemed to refer instead to Synchrony Bank;

3.    PayPal is dropped as a defendant; and

4.    If the Plaintiff files an Amended Complaint, then that Amended Complaint must incorporate these change, and all future filings must incorporate these changes.

DATED:   July 1, 2021

Yvonne González Rogers
USDC Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware