UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAKUB MADEJ,**<br>Plaintiff,<br>vs.<br>**SYNCHRONY BANK,**<br>Defendant. | CASE NO. 21-cv-02713-YGR<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO STRIKE**<br><br>Re: Dkt. No. 18 |

On April 15, 2021, plaintiff filed this action asserting violations of the Telephone Consumer Protection Act. (Dkt. No. 1.) Defendant PayPal Credit d/b/a PayPal, Inc., who has since been substituted for Synchrony Bank, filed an answer on June 10, 2021. (Dkt. No. 15.) On June 14, 2021, plaintiff filed a motion to strike the affirmative defenses. (Dkt. No. 18.)

Having carefully considered the briefing and arguments submitted on the motion, and for the reasons stated on the record at the July 27, 2021 hearing, the Court **GRANTS IN PART AND DENIES IN PART** the motion **WITH LEAVE TO AMEND**. Specifically, the motion is:

1) **DENIED** as to the First, Twelfth, Thirteenth, and Seventeenth Affirmative Defenses;

2) **GRANTED WITH LEAVE TO AMEND** as to the Second, Third, Fifth, Seventh, Ninth, and Fifteenth Affirmative Defenses; and

3) **GRANTED** as to the Fourth, Sixth, Eighth, Tenth, Eleventh, Fourteenth, and Sixteenth Affirmative Defenses and the reservation to add other defenses.

Defendant shall file an amended pleading **twenty-one (21) days** of the date of this Order. To the extent defendant seeks to compel arbitration, a motion must be filed within **thirty (30) days** of the date of this Order. In addition, the parties are directed to meet and confer about venue.

This Order terminates Docket Number 18.

**IT IS SO ORDERED.**

Dated: July 30, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE