Steven P. Warner (SBN 159404)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
Email: swarner@reedsmith.com

Attorneys for Defendant
Synchrony Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKUB MADEJ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SYNCHRONY BANK,<br><br>　　　　　Defendant. | Case No.: 4:21-cv-02713-YGR<br><br>**DECLARATION OF ANGEL NAYMAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO TRANSFER VENUE OR ALTERNATIVELY MOTION TO STAY**<br><br>Date:　September 7, 2021<br>Time:　2:00 p.m.<br>Place:　Courtroom 1- 4th Floor<br>Judge:　Hon. Yvonne Gonzalez Rogers<br><br>Compl. Filed:　April 15, 2021 |

## DECLARATION OF ANGEL NAYMAN

I, Angel Nayman, declare as follows:

1. I am an Assistant Vice President of Litigation Support employed by Defendant Synchrony Bank. My responsibilities include regularly providing research and support assistance for claims and litigation involving Synchrony. I have performed these responsibilities for Synchrony and its predecessors since 2011. The facts stated herein are true and correct and based upon my own personal knowledge and/or upon my personal review of Synchrony's business records pertinent to this matter. If called as a witness to testify, I could and would competently testify to the facts set forth herein.

2. Synchrony is a federal savings association with a charter home office in Utah that, among other things, issues credit card accounts to consumers.

3. My responsibilities include regularly accessing Synchrony's cardholder records, maintaining and compiling histories of cardholder terms and conditions, and investigating account records and transaction histories including communications to and from customers.

4. In the ordinary course of its regularly conducted business, Synchrony maintains electronic records related to each account. These records are made at or about the time of the events reflected in each record. Among other things, these records enable Synchrony to determine when an individual becomes a cardholder, when a cardholder's account becomes overdue and when debt collection activities commence on the account. Synchrony relies on these electronic records in the ordinary course of managing and servicing its cardholders' accounts.

5. Synchrony has a number of branded credit card programs, including a PayPal program under which it issues and services PayPal Credit-branded credit cards and an eBay program under which it issues and services eBay-branded credit cards. These programs, among other things, allow consumers to purchase various goods and services.

6. I have personally reviewed Synchrony's records pertaining to Plaintiff Jakub Madej, and located two accounts in Plaintiff's name relevant to this matter:

    a. A PayPal-branded Synchrony credit card Account ending in 3124 (the "Synchrony PayPal Account"); and

    b. An eBay MasterCard-branded Synchrony credit card account ending in 6495, formerly ending 0992 (the "Synchrony eBay Account") (collectively, the PayPal Account and the eBay Account will be referred to as the "Accounts").

7. After the Accounts went into arrears, Synchrony attempted to contact Plaintiff to seek collection on the balances.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of July, 2021, at Rapid City, South Dakota

*Angel Nayman*
_____
**ANGEL NAYMAN**