

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

JAKUB MADEJ,

               Plaintiff,

   vs.

SYNCHRONY BANK,

               Defendants.

Case No.: 4:21-cv-02713-YGR

[Hon. USDC Judge Yvonne Gonzalez Rogers]

**[PROPOSED] ORDER GRANTING DEFENDANT SYNCHRONY BANK'S MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(A), OR IN THE ALTERNATIVE MOTION FOR STAY PENDING RESOLUTION OF OTHER LITIGATION**

Date:    September 7, 2021
Time:    2:00 p.m.
Place:   Courtroom 1- 4th Floor

Compl. Filed:   April 15, 2021

Having read and considered the papers in support of and in opposition to the Motion and arguments of counsel and Plaintiff, this Court rules as follows:

Synchrony Bank's Motion to Dismiss for Improper Venue is **GRANTED** and Plaintiff's Complaint is dismissed for improper venue.

ALTERNATIVELY:

Synchrony Bank's Motion to Transfer to the Eastern District of New York is GRANTED and this matter shall be transferred accordingly.

ALTERNATIVELY:

Synchrony Bank's Motion to Stay pending resolution of the matter in the Eastern District of New York, Case No.: 1:21-cv-01894 is GRANTED and this matter is stayed accordingly until Ordered by the Court for the stay to be lifted.


DATED: _____        _____
                                        Yvonne Gonzalez Rogers
                                        USDC Judge

– 2 –

[PROPOSED] ORDER GRANTING DEFENDANT SYNCHRONY'S BANK
MOTION TO DISMISS, ALTERNATIVELY MOTION TO TRANSFER,
ALTERNATIVELY MOTION TO STAY
4:21-cv-02713-YGR