**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAKUB MADEJ**, | **Case No.: 21-CV-2713-YGR** |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| **SYNCHRONY BANK,** | |
| Defendant. | |

The Court has reviewed the docket in this action and notes the pending motion to dismiss, transfer, or stay.  (Dkt. No. 38.)  Accordingly, until the Court has resolved the motion, the Court finds that a case management conference in this matter is premature and will reset it at a later date. This order is not intended to be an indication as to the merits of the motion.

**IT IS SO ORDERED**.

Date: August 27, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**